UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HAPPY FEET – LEGENDS INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRETT BORM, et al.,<br><br>    Defendants. | Case No. 23-2418-JWB-GEB |

## ORDER

This matter comes before the Court on Defendants' Motion to Amend Scheduling Order ("Defendants' Motion") (**ECF No. 31**). Plaintiff appeared through counsel, Jennifer Eng and Logan Moore. Defendant appeared through counsel, James Sheets. Having previously extended deadlines and due to the length of time permitted for discovery; the Court will not extend the deadlines as requested. Therefore, the Court **GRANTS in part and DENIES in part** Defendants' Motion.

After discussion, the deadlines are set or extended as follows:

- Plaintiff shall produce its Operations Manual by the close of business on **March 21, 2025**.

- Plaintiff shall verify its Answers to Defendants' First Set of Interrogatories no later than **March 27, 2025**.

1

- Plaintiff shall additionally reproduce its document production, labeled or identified as discussed during the conference, by **March 27, 2025**.

- Defendants shall produce all underlying documents which support the profit and loss statement previously produced by **March 27, 2025**.

- Discovery deadline is extended to **April 15, 2025**. It is the Court's expectation all depositions shall be completed by the close of discovery.

- Defendants shall provide the Court and opposing counsel with a Status Report regarding any good faith basis for any dispositive motion by 4/15/2025. After review of the Status Report, discussion at the Status Conference, and consideration of applicable law, the Court will determine whether the deadline for dispositive motions will be extended.

- A Status Conference before Magistrate Judge Gwynne E. Birzer is set for **April 18, 2025 at 1:30 PM by Zoom**. It is the Court's expectation all discovery will be completed at that time.

- Proposed Pretrial Order is due by **April 30, 2025**.

- A Final Pretrial Conference before Magistrate Judge Gwynne E. Birzer is set for **May 14, 2025 at 10:00 AM** by Zoom.

**IT IS SO ORDERED.**

Dated March 20, 2025, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge